Motion GRANTED for extensions as requested.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, | ) |
| Plaintiff, | ) File No.: <u>1-09-0082</u> |
| | ) JURY DEMAND (12) |
| VERSUS | ) |
| | ) Judge Trauger |
| MICHAEL R. FLOYD d/b/a FLOYD & FLOYD CONTRACTORS, | ) |
| Defendant. | ) |

## JOINT MOTION
## TO AMEND CASE MANAGEMENT ORDER

Comes now the Plaintiff, LEVEL 3 COMMUNICATIONS, LLC ("Plaintiff"), and the Defendant, MICHAEL R. FLOYD d/b/a FLOYD & FLOYD CONTRACTORS ("Defendant"), both by and through their respective counsel, and respectfully move for the Court to amend the Court's Initial Case Management Order (Document No. 18) as follows:

**Defendant's Expert Disclosures:** October 30, 2010 (from October 15, 2010)

**Fact Witness Depositions:** November 15, 2010 (from October 29, 2010)

**Expert Depositions:** December 15, 2010 (from November 30, 2010).

In support, the parties would state that the trial in this matter is not until the end of March of 2011, there are no anticipated delays that are reasonably foreseen to be caused if the amendment is granted, the amendment would facilitate the effective case management of this action in light of the schedules of the parties and potential witnesses, and the parties are in agreement with the proposed amendment as part of their good faith and mutual cooperation in this matter.