IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> MICHAEL R. FLOYD, d/b/a FLOYD & FLOYD CONTRACTORS, <br><br> Defendant. | Case No. 1:09-cv-0082 <br> JURY DEMAND (12) <br><br> Judge Trauger |

ORDER GRANTING MOTION OF PLAINTIFF FOR
LEAVE TO FILE RESPONSE BRIEF IN EXCESS OF 20 PAGES

This matter comes before the Court upon the Plaintiff's Motion for Leave to File Response Brief in Excess of 20 Pages.

Premises considered, the Court finds that good cause exists to grant Plaintiff's Motion for Leave to file a Response Brief to Defendant's Motion for Summary Judgment in excess of twenty (20) pages but not to exceed twenty-five (25) pages.

IT IS, THEREFORE, ORDERED that Plaintiff shall have leave to file a Response Brief to Defendant's Motion for Summary Judgment in excess of twenty (20) pages but not to exceed twenty-five (25) pages.

_____
UNITED STATES JUDGE
DATE: 1/19/2011

1198248.1:912444:01357