UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09-0082 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| MICHAEL R. FLOYD d/b/a FLOYD & ) | |
| FLOYD CONTRACTORS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 27) is **DENIED**. Also, the plaintiff's Motion *in Limine* (Docket No. 33) is **DENIED**.

It is so ordered.

Enter this 7th day of February 2011.

_____
ALETA A. TRAUGER
United States District Judge