IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No.: 1:09-0082 |
| v. ) | Judge Trauger |
| ) | |
| MICHAEL R. FLOYD d/b/a FLOYD & ) | |
| FLOYD CONTRACTORS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PHONE CONFERENCE REGARDING DISCOVERY ISSUE

Comes now the Defendant, MICHAEL R. FLOYD d/b/a FLOYD & FLOYD CONTRACTORS ("Defendant"), by and through counsel, and moves to schedule a phone conference with the Court as required by the Court's Initial Case Management Order (Doc. 18). In support, the Defendant states the following:

1. The Court's Initial Case Management Order (Doc. 18) states that "[n]o motions concerning discovery are to be filed until after the parties have conferred in good faith and, unable to resolve their differences, have scheduled and participated a phone telephone conference with Judge Trauger."

2. The parties' respective attorneys have conferred in good faith and are unable to resolve their differences regarding a discovery dispute.

3. Based upon communications with opposing counsel, the respective attorneys for the parties would be available for a telephone conference with the Court on Tuesday, February 22, 2011. If such time is not available to the Court, counsel for the Defendant will cooperate with opposing counsel to schedule a phone conference at a time convenient to the Court.

WHEREFORE, premises considered, the Defendant respectfully requests that the Court set a phone conference as provided by the Court's Initial Case Management Order.

> Respectfully submitted,
>
> DuBOIS, DuBOIS & BATES, P.C.
>
> By: /s/ David A. Bates
> David A. Bates, BPR No. 021156
> C. Nicholas Fossett, BPR No. 021472
> Attorneys for Defendant
> 810 South Garden Street
> P.O. Box 339
> Columbia, TN 38402-0339
> (931) 388-2526

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document via the Court's CM/ECF system to the following on February 20, 2011:

James J. Proszek, Esq.
Brandon R. Rule, Esq.
Hall, Estill, Hardwick, Gable
Golden & Nelson, P.C.
320 South Boston Avenue, Ste. 200
Tulsa, OK 74103-3706

John McCann, Esq.
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103

/s/ David A. Bates

2