# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09-0082 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| MICHAEL R. FLOYD d/b/a FLOYD & ) | |
| FLOYD CONTRACTORS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum:

1) Plaintiff's Motion *in Limine* Regarding Loss of Use Damages (Docket No. 46) is **DENIED**;

2) Plaintiff's Motion *in Limine* to Exclude Certain Evidence, Testimony, and Opinions from Defendant's Purported Expert, Jozelle Patterson-Burwell (Docket No. 50) is **GRANTED**;

3) Plaintiff's Motion *in Limine* to Exclude Certain Evidence, Testimony, and Opinions from Defendant's Purported Expert, Gregory R. Schuelke (Docket No. 48) is **GRANTED IN PART AND DENIED IN PART**;

4) Defendant's Motion *in Limine* to Exclude Opinion Testimony Regarding Causation (Docket No. 53) is **DENIED AS MOOT**;

5) Defendant's Motion *in Limine* to Exclude Loss of Use Damages or Order An Adverse Inference for Evidence Spoliation (Docket No. 55) is **DENIED**.

It is so Ordered.

Entered this 22nd day of March 2011.

ALETA A. TRAUGER

United States District Judge